IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 8 2009

Clerk of Court

| | | |
|---|---|---|
| JOSE SANTOS HERNANDEZ-MUNIZ, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-09-143 |
| | § | (CRIMINAL NO. B-08-455-1) |
| UNITED STATES OF AMERICA | § | |
| Respondent. | § | |

# ORDER

Pending is the Magistrate Judge's June 17, 2009, Report and Recommendation in the above-referenced cause of action. [Docket No. 4]  No objections have been lodged by either side and the time for doing so has expired.  Having reviewed the Report and Recommendation for plain error and having found none, it is the opinion of the Court that the Magistrate Judge's Report and Recommendation should be **ADOPTED**.

Therefore, it is **ORDERED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED**, that Mr. Hernandez-Muniz' Motion to Vacate, Set Aside or Correct Sentence [Docket No. 1] is **DENIED** and the case is hereby **DISMISSED**.

Signed this 28th day of July, 2009.

_____
Andrew S. Hanen
United States District Judge